UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:10-cv-471-F

| | |
|---|---|
| CUSTOM RESIDENTIAL DESIGN,<br><br>Plaintiff,<br><br>v.<br><br>CAVINESS & CATES BUILDING AND DEVELOPMENT CO.; CAVINESS & CATES COMMUNITIES, LLC; CAVINESS LAND DEVELOPMENT, INC.; CATES BUILDING, INC.; CHRISTOPHER CATES, individually; WATSON G. CAVINESS, individually; J.S. THOMPSON ENGINEERING, INC.; J. SCOTT THOMPSON, individually,<br><br>Defendants. | ORDER GRANTING AMENDED JOINT MOTION TO STAY CIVIL PROCEEDING |

The present parties to this action having filed an Amended Joint Motion to Stay Civil Proceeding and the same having been considered and good cause having been shown therefore, IT IS HEREBY ORDERED AS FOLLOWS:

1. All judicial proceedings in this matter, including without limitation official service of the complaint, filing of responses to the complaint, discovery, addition of parties, and the filing of any dispositive motions, are hereby stayed through and including April 1, 2011, or until further order of the Court.

2. At such time as this stay is terminated or removed, this action shall resume with respect to any claims that have not been dismissed by such date.

SO ORDERED, this the 27th day of January, 2011.

_James C. Fry_